UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 09-61991-CIV-MORENO

RAYMOND BRUCE STIMPSON,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS AND REVERSING AND REMANDING DECISION OF COMMISSIONER

THE MATTER was referred to the Honorable Robert L. Dubé, United States Magistrate Judge for a Report and Recommendations on Defendant's Motion for Summary Judgment **(D.E. No. 18)** and Plaintiff's Motion for Summary Judgment **(D.E. No. 19)**. The Magistrate Judge filed a Report and Recommendations **(D.E. No. 22)** on **October 15, 2010**. The Court has reviewed the entire file and record and notes that no objections were filed. The Court has made a *de novo* review of the Magistrate Judge's Report and Recommendations, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Robert L. Dubé's Report and Recommendations **(D.E. No. 22)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    the decision of the Commissioner is **REVERSED** and **REMANDED**,

(2)    Defendant's Motion for Summary Judgment (D.E. No. 18) is **DENIED**,

(3)    Plaintiff's Motion for Summary Judgment (D.E. No. 19) is **GRANTED in part**.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of January, 2011.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Robert L. Dubé
Counsel of Record